THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH ORTEGA, Appellant. [852 NYS2d 845]–

Contrary to the defendant's contention, the County Court's

determination designating him a level two sex offender was supported by clear and convincing evidence, and therefore should not be disturbed (*see* Correction Law § 168-n [3]; *People v Imperato*, 45 AD3d 659 [2007]; *People v Bula*, 41 AD3d 569 [2007]). Miller, J.P., Covello, Eng and Chambers, JJ., concur.